## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   DAVID A WAUGH | ) | Case No. 21 B 13876 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for June 16, 2022 10:00 am, for the following:

Debtor has not demonstrated that he has the ability to make the increased payments provided for under his amended plan in accordance with 11 U.S.C. Section 1325(a)(1).

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: May 27, 2022

/s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   DAVID A WAUGH | ) | Case No. 21 B 13876 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

## CERTIFICATE OF SERVICE

I, Emily Baez, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

DAVID FREYDIN                                                                     (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                                                         (via CM/ECF)
United States Trustee

DAVID A WAUGH                                                               (via U.S. Postal Service)
23000 WESTWIND DR
RICHTON PARK, IL 60471
*Debtor(s)*


Dated: May 27, 2022                                                              /s/ Emily Baez
                                                                                              _____
                                                                                              Emily Baez
                                                                                              Office of the Chapter 13 Trustee
                                                                                              55 E. Monroe St., Suite 3850
                                                                                              Chicago, IL 60603
                                                                                              (312) 294-5900